```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STRIKE 3 HOLDINGS, LCC                         :
                                               :      22-CV-0782 (VSB) (RWL)
                        Plaintiff,             :
                                               :
       - against -                             :      ORDER
                                               :
JOHN DOE subscriber assigned IP address        :
72.80.157.152,                                 :
                                               :
                        Defendant.             :
------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 2/8/2022**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter having been referred to me, Plaintiff shall file a status report by March 22, 2022.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2022
       New York, New York

Copies transmitted this date to all counsel of record.